UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                       Plaintiff,

                                                      AMENDED
                                                 DECISION AND ORDER

                                                      01-CR-6060L

                       v.

THOMAS E. MAROTTA,

                       Defendant.
_____

Defendant, Thomas E. Marotta ("Marotta"), filed a motion to defer payment of the special assessment and fine (Dkt. #75). The Government filed a response indicating that it had no objection to the motion (Dkt. #76). On July 2, 2008, the Court granted defendant's request (Dkt. #77), ordering that the special assessment and restitution were deferred. It has come to the Court's attention that there was no restitution imposed at the time of sentencing, but there was a $4,000 fine imposed.

It is, therefore,

ORDERED that defendant's motion (Dkt. #75) to defer payments on the special assessment and fine is granted, and defendant is relieved of obligation on those items until he is released from custody and placed on supervised release.

IT IS SO ORDERED.

                                               _____
                                                   DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       September 2, 2008.